# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER STEPHENS, et al., <br><br>  Plaintiff(s), <br><br> v. <br><br> COMENITY LLC, <br><br>  Defendant(s). | Case No. 2:17-cv-00670-MMD-NJK <br><br> ORDER <br><br> (Docket Nos. 72, 75) |

Pending before the Court is Defendant's motion to file a surreply or, alternatively to strike. Docket Nos. 72, 75. The motion for surreply (Docket No. 72) is **GRANTED** and the motion to strike (Docket No. 75) is **DENIED**. Defendant shall file its proposed surreply on the docket by December 1, 2017.

The underlying motion to compel is fully briefed. **<u>NO FURTHER FILINGS WILL BE ENTERTAINED WITH RESPECT TO THAT MOTION.</u>**

IT IS SO ORDERED.

DATED: November 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge