**LAW OFFICES OF RONALD A. MARRON**
ALEXIS WOOD (NV SBN 11523; CA SBN 270200)
*alexis@consumersadvocates.com*
RONALD A. MARRON (CA SBN 175650)
*ron@consumersadvocates.com*
KAS GALLUCCI (CA SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER STEPHENS and CHRISTOPHER GULLEY, on behalf of themselves, and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>COMENITY, LLC dba COMENITY BANK,<br><br>Defendant. | CASE NO. 2:17-cv-00670-MMD-NJK<br><br>CLASS ACTION<br><br>**JOINT MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)**<br><br>DEMAND FOR JURY TRIAL |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Christopher Gulley, ("Plaintiff"), through his counsel of record, Alexis M. Wood of the Law Offices of Ronald A. Marron, and Defendant Comenity, LLC ("Defendant"), through its counsel of record, Joel Tasca, hereby file this Joint Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). This action shall be, and is dismissed WITH PREJUDICE as to all individual claims of Plaintiff Gulley against Defendant and

WITHOUT PREJUDICE as to any claims of the putative class.   The individual claims of Jennifer Stephens have already been dismissed [ECF 89].

Each party to bear their own costs and fees.

| Law Offices of Ronald A. Marron | Ballard Spahr LLP |
|---|---|
| By: */s/ Alexis M. Wood*<br>    Ronald A. Marron<br>    Admitted *pro hac vice*<br>    Alexis M. Wood<br>    Nevada Bar No. 11523<br>    Kas L. Gallucci<br>    Admitted *pro hac vice*<br>    651 Arroyo Drive<br>    San Diego, California  92103 | By:  */s/ Joel E. Tasca*<br>    Joel E. Tasca<br>    Nevada Bar No. 14124<br>    Lindsay Demaree<br>    Nevada Bar No. 11949<br>    100 North City Parkway<br>    Suite 1750<br>    Las Vegas, Nevada 89106 |
| *Attorneys for Plaintiff and the Proposed Class* | *Attorneys for Defendant/Third-Party Plaintiff Comenity LLC* |

    Kevin L. Hernandez
    Nevada Bar No. 12594
    2510 Wigwam Parkway, Suite 206
    Henderson, Nevada 89074

*Attorneys for Plaintiff and the Proposed Class*


IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE
DATED:_____

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2018, a copy of the foregoing Joint Motion was filed and served via this Court's Case Management and Electronic Case Filing (CM/ECF) system pursuant to Fed. Civ. P. 5(b)(3) and Local Rule 5-4.

*/s/ Alexis M. Wood*
ALEXIS M. WOOD